JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> $1,000,000.00 IN U.S. CURRENCY, REPRESENTING THE PROCEEDS OF A CASHIER'S CHECK, <br> Defendant. | Case No. 8:19-CV-01934-JLS(ADSx) <br> Related Case No. 8:19-cr-00121-JLS <br> **CONSENT JUDGMENT OF FORFEITURE** |

Pursuant to the stipulation and request of Plaintiff United States of America and Faustino Bernadett ("Bernadett"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

Plaintiff United States of America ("the United States of America") has filed a Complaint for Forfeiture alleging that the defendant $1,000,000.00 in U.S. Currency, Representing The Proceeds Of A Cashier's Check (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

Bernadett has not filed a claim to the defendant currency,

but would have done so but for the United States of America and Bernadett's settlement of this matter.

No other parties have filed a claim to the defendant currency or an answer to the Complaint for Forfeiture and the time for filing claims and answers has expired.

The government and Bernadett have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture without admitting or denying the allegations of the Complaint for Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than Bernadett. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true. Bernadett is relieved of the obligation of filing a claim to the defendant currency.

4. The United States of America shall have judgment as to the interests of Bernadett and all other potential claimants to the defendant currency, which funds are hereby condemned and forfeited to the United States of America. The United States of

1. America shall dispose of those funds in accordance with law.

5. Bernadett hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the United States Postal Service and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Bernadett hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Bernadett, whether pursuant to statute or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.

7. The parties hereto shall bear their own attorney fees and costs.

8. The United States of America and Bernadett consent to this judgment and waive any right to appeal.

Dated: January 28, 2020

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3